UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No.  2:19-cv-02099 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| DIANNE METAL, | |
| Defendant. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) upon the defendant's motion for default judgment.

On May 15, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 12.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed May 15, 2020, are adopted in full;

   2. Plaintiff's March 9, 2020 motion for default judgement, (ECF No. 7) is granted;

   3. The Court enters judgment against the Defendant as to the sole claim of breach of

contract, with liquidated damages in the amount of $85,578.96 and $8,393.77 in prejudgment interest;

    4. That plaintiff is awarded $5,875.20 in attorneys' fees and $574.10 in costs; and

    5. This case is closed.

    IT IS SO ORDERED.

Dated: July 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE